| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**  
   Durant International Corp

2. **Debtor's unique identifier**  
   
   **For non-individual debtors:**
   
   ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
   
   ☑ Other  190274_____ . Describe identifier  BVI Company Number_____ .
   
   **For individual debtors:**
   
   ☐ Social Security number: xxx – xx– ____ ____ ____ ____
   
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____
   
   ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**  
   Matthew Richardson and Kevin Hellard

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  
   High Court of Justice of the British Virgin Islands

5. **Nature of the foreign proceeding**  
   *Check one:*  
   ☑ Foreign main proceeding  
   ☐ Foreign nonmain proceeding  
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**  
   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   
   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**  
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)  
   ☑ Yes

Debtor **Durant International Corp**
Name

Case number (if known)_____

| 8. | Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

British Virgin Islands

**Debtor's registered office:**

Woodbourne Hall, Skelton Bldg
Number      Street

P. O. Box 3162
P.O. Box

Road Town - Tortola                    VG
City          State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**Individual debtor's habitual residence:**

_____
Number      Street

_____
P.O. Box

_____
City     State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

171 Main Street, The Barracks, 2nd Floor
Number      Street

_____
P.O. Box

Road Town, Tortola
City     State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**10. Debtor's website** (URL)   _____

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Debtor  Durant International Corp                                         Case number (if known)_____
        Name

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Matthew Richardson                    Matthew Richardson
Signature of foreign representative         Printed name

Executed on   12/09/2019
              MM / DD / YYYY

✗ /s/ Kevin Hellard                          Kevin Hellard
Signature of foreign representative          Printed name

Executed on   12/09/2019
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Gregory S. Grossman                    Date   12/09/2019
Signature of Attorney for foreign representative          MM / DD / YYYY

Gregory S. Grossman
Printed name

Sequor Law, P.A.
Firm name

1111 Brickell Avenue, Suite 1250
Number      Street

Miami                                       FL         33131
City                                        State      ZIP Code

(305) 372-8282                              ggrossman@sequorlaw.com
Contact phone                               Email address

896667                                      FL
Bar number                                  State